# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>        Plaintiff,<br><br>   v.<br><br>SHERMAN, *et al.*,<br><br>        Defendants. | Case No. 1:20-cv-00131-BAM (PC)<br><br>ORDER GRANTING MOTION FOR RELIEF FROM USING COURT APPROVED FORM FOR FILING OF INITIAL COMPLAINT<br>(ECF No. 3)<br><br>ORDER GRANTING MOTION FOR RELIEF FROM E-FILING PROCEDURES AND REQUEST THAT COURT ACCEPT NEVADA'S CERTIFIED TRUST STATEMENT<br>(ECF No. 4)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY NEVADA DEPARTMENT OF CORRECTIONS |

    Plaintiff Edmond Paul Price ("Plaintiff") is a former California state prisoner, currently a Nevada state prisoner, proceeding *pro se* in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 29, 2020. (ECF No. 1.)

    With his complaint, Plaintiff filed a motion to proceed *in forma pauperis*, (ECF No. 2), a motion for relief from using the Court approved form for filing of an initial complaint by an

1

inmate, (ECF No. 3), and a motion for relief from E-filing procedures and request that the Court accept Nevada's "certified" trust statement, (ECF No. 4).

Plaintiff's various motions regarding the filing of the complaint using a Court-approved form and the Court's E-filing procedures are granted. Plaintiff's complaint is not required to be filed on any particular form. Further, as Plaintiff is no longer housed by the California Department of Corrections and Rehabilitation (CDCR), even though his claims arose during his incarceration in California, Plaintiff is not subject to the E-Filing pilot program. Similarly, the Court finds the version of Nevada's certified inmate trust statement acceptable for the purposes of Plaintiff's *in forma pauperis* application.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Nevada Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief from using Court approved form for filing of initial complaint, (ECF No. 3), is GRANTED;
2. Plaintiff's motion for relief from E-Filing procedures and request that the Court accept Nevada's certified trust statement, (ECF No. 4), is GRANTED;
3. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;
4. **The Director of the Nevada Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**

**The payments shall be clearly identified by the name and number assigned to this action;**

5. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the Nevada Department of Corrections; and

6. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **January 31, 2020**              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE