UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Edmond Paul Price ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2020, the assigned magistrate judge issued a screening order finding certain of plaintiff's claims to be cognizable but concluding that plaintiff had failed to plead a cognizable claim that Warden Sherman failed to properly train other defendants. (Doc. No. 11.) Plaintiff was afforded the option to file an amended complaint or notify the court that he wished to proceed only on those claims found to be cognizable in the screening order. (*Id.* at 15.) Plaintiff chose the latter option, indicating that he would not amend his claim against Warden Sherman but would instead prefer to proceed immediately on his other claims. (See Doc. No. 12.)

On June 29, 2020, the magistrate judge entered findings and recommendations, recommending that:

All claims and defendants be dismissed, except for Plaintiff's claims against:

- Defendant Alvarado, for excessive force and deliberate indifference to serious medical needs, each in violation of the Eighth Amendment; conspiracy to violate the Eighth Amendment; violation of the First Amendment; and violation of the Fourth Amendment for an unreasonable search.
- Defendant Carivao, for excessive force and deliberate indifference to serious medical needs, each in violation of the Eighth Amendment; conspiracy to violate the Eighth Amendment; and violation of the First Amendment.
- Defendant Martinez, for failure to protect in violation of the Eighth Amendment and conspiracy to violate the Eighth Amendment.

(Doc. No. 14 at 2).

Plaintiff was provided an opportunity to file objections to those findings and recommendations. The deadline for filing objections has passed, and plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued June 29, 2020 (Doc. No. 14), are ADOPTED in full;
2. All claims and defendants are dismissed, except for plaintiff's claims against:
    a. Defendant Alvarado, for excessive force and deliberate indifference to serious medical needs, each in violation of the Eighth Amendment; conspiracy to violate the Eighth Amendment; violation of the First Amendment; and violation of the Fourth Amendment for an unreasonable search.
    b. Defendant Carivao, for excessive force and deliberate indifference to serious medical needs, each in violation of the Eighth Amendment; conspiracy to violate the Eighth Amendment;

violation of the First Amendment.

      c. Defendant Martinez, for failure to protect in violation of the Eighth Amendment and conspiracy to violate the Eighth Amendment.

3. The Clerk of Court is DIRECTED to reflect the dismissal of all other defendants; and

4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__         *Dale A. Drozd*
                                                 UNITED STATES DISTRICT JUDGE