UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>           Plaintiff,<br><br>      v.<br><br>ALVARADO, et al,<br><br>           Defendants. | No.  1:20-cv-00131-NONE-EPG<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR AN ORDER TO DISCLOSE THE NAME AND ADDRESS OF EACH ATTORNEY REPRESENTING THE DEFENDANTS<br><br>ORDER DIRECTING CLERK TO SEND COPY OF DOCKET TO PLAINTIFF<br><br>(ECF No. 21) |

On September 2, 2020, Plaintiff filed a motion for an order directing defendants to disclose the name and address of each of their attorneys so that he can provide his initial disclosures. (ECF No. 21). Upon review of the docket, it appears that Plaintiff has not received Defendants' attorney's name and address.

This information is available on the docket. Thus, rather than order defendants to disclose this information, the Court will order the Clerk of the Court to send Plaintiff a copy of the docket.

Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to send a copy of the docket of this matter, including the contact information for the Defendants' attorney(s), to Plaintiff.

IT IS SO ORDERED.

   Dated:  **September 8, 2020**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1