UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>        Plaintiff,<br><br>    v.<br><br>ALVARADO, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

       Plaintiff Edmond Paul Price ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On November 23, 2020, the Court held an Initial Scheduling Conference ("Conference").  Plaintiff telephonically appeared on his own behalf.  Counsel Laura Simpton and Jon Allin telephonically appeared on behalf of Defendants Alvarado, Carivao, and Martinez ("Defendants").

       During the Conference, and with the benefit of the scheduling conference statement provided by Defendant, the Court and the parties discussed relevant witnesses and documents in this case and their possible locations.

       For the reasons stated on the record at the Conference, IT IS ORDERED that:

    1. As discussed at the Conference and in the Court's prior order (ECF No. 20), Plaintiff shall provide Defendants' counsel with supplemental disclosures

including "[t]he name and, if known, the address and telephone number of each individual likely to have discoverable information−along with the subjects of that information−that [Plaintiff] may use to support [his] claims or defenses, unless the use would be solely for impeachment." (*Id.* at 3.) To the extent Plaintiff is aware of any "documents, electronically stored information, and tangible things that [Plaintiff] has in [his] possession, custody, or control and may use to support [his] claims or defenses, unless the use would be solely for impeachment" (*Id.*) other than the documents previously disclosed in Plaintiff's initial disclosures, Plaintiff shall provide Defendants' counsel with a copy, or a description by category and location, of that information;

2. Plaintiff has forty-five (45) days from the date of service of this order to serve Defendants' counsel with supplemental initial disclosures; and

3. Plaintiff shall timely supplement his initial disclosures if he later learns of any additional individuals likely to have discoverable information or of any documents, electronically stored information, or tangible things in his possession, custody, or control that he may use to support his claims or defenses.

IT IS SO ORDERED.

Dated:   **November 23, 2020**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE