UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al,<br><br>　　　　Defendants. | Case No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR DISCOVERY AND SETTLEMENT CONFERENCE |

  Edmond Paul Price ("Plaintiff") is a Nevada state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff alleges that while he was incarcerated in California, Defendants Alvarado and Carivao assaulted him with a baton and conspired with Defendant Martinez to cause Plaintiff to be physically attacked by other inmates.

  Given the seriousness of these allegations, Plaintiff's limited access to legal assistance due to pandemic limitations, Plaintiff's location outside California, the Court finds that a limited appointment of counsel for Plaintiff is warranted for the purpose of evaluating whether a settlement conference would be warranted. The scope of the appointment will be to: consult with Plaintiff, review current discovery materials, evaluate whether a settlement conference will be useful, and represent Plaintiff in a settlement conference if it is determined that a settlement conference will be useful at this time.

Lori Rifkin has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Lori Rifkin is appointed as limited purpose counsel for Plaintiff in the above entitled matter. This appointment is for the limited purpose of consulting with Plaintiff, reviewing current discovery materials, evaluating whether a settlement conference will be useful, and representing Plaintiff in a settlement conference if it is determined that a settlement conference will be useful at this time.

2. Ms. Rifkin's appointment will terminate fourteen days after a settlement conference or upon Ms. Rifkin's filing a notice that a settlement conference is deemed not appropriate at this time.[1]

3. While the Court is appointing Ms. Rifkin to serve as counsel for Plaintiff, at this time the Court is not approving any expenses. The expenses incurred in representing Plaintiff must be approved in advance and be necessary to Plaintiff's case, given that the reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters. The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section." In other words, any expenses incurred will be reimbursed from any settlement or award to Plaintiff.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

5. The Clerk of Court is directed to serve a copy of this order upon Lori Rifkin, Rifkin Law Office, 3630 High St # 18917, Oakland, CA 94619, and via email at lrifkin@rifkinlawoffice.com.

---

[1] Ms. Rifkin may request to extend her appointment after that time.

6. Ms. Rifkin shall contact Sujean Park (spark@caed.uscourts.gov) if, after consulting with Plaintiff and opposing counsel, the parties wish to schedule a settlement conference.

IT IS SO ORDERED.

Dated:   **December 4, 2020**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE