UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>  Plaintiff,<br><br>  v.<br><br>ALVARADO, et al.,<br><br>  Defendants. | No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER TO PARTICIPATE IN SETTLEMENT CONFERENCE |

On March 18, 2021, Plaintiff Edmond Paul Price, an inmate in a Nevada state prison proceeding *in forma pauperis* and with limited, appointed counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a status report. (ECF No. 36). That status report indicated that Plaintiff's counsel informed defense counsel and ADR Coordinator Sujean Park that Plaintiff was amenable to participating in an early settlement conference.

The Court now directs the parties to participate in a settlement conference before a Magistrate Judge. *United States v. U.S. Dist. Court for N. Mariana Islands*, 694 F.3d 1051, 1057 (9th Cir. 2012), *as amended* (Oct. 16, 2012) ("[A] district court has broad authority to compel participation in [a] mandatory settlement conference."). Neither side is waiving any claims, defenses, or objections by participating in this settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer concerning their availability for such a conference and;

1

2. Within fourteen days, the parties shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

IT IS SO ORDERED.

Dated: **March 18, 2021**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE