# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　Defendants. | No. 1:20-CV-0131-NONE-EPG-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties appeared before the undersigned on May 25, 2021, at 1:00 p.m., for a settlement conference. Good cause appearing therefor, the matter is set for a continued settlement conference before the undersigned on January 25, 2022, at 9:30 a.m. The continued settlement conference will be conducted via Zoom.

　　　　IT IS SO ORDERED.

Dated: June 2, 2021

　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1