UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>Plaintiff,<br><br>v.<br><br>ALVARADO, et al.,<br><br>Defendants. | No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER MODIFYING CASE SCHEDULE; ORDER EXTENDING APPOINTMENT OF COUNSEL<br><br>(ECF Nos. 28, 30). |

On June 2, 2021, the Court held a telephonic discovery and status conference in this matter, with Attorney Lori Rifkin appearing on behalf of Plaintiff and Attorney David Kuchinsky appearing on behalf of Defendants. (*See* ECF Nos. 28, 30). Counsel for the parties requested an extension of the remaining case deadlines to facilitate their preparation for the upcoming January 25, 2022 continued settlement conference. (*See* ECF 44). The Court agreed that it was prudent to modify the case schedule and likewise extended the appointment of counsel for Plaintiff in this case to include the continued settlement conference and any non-expert discovery.

Accordingly, IT IS ORDERED that the scheduling order (ECF No. 28) is modified by the setting of the following new dates:

///

///

1

| Event | Deadline/Date |
|---|---|
| Motions to Compel | January 7, 2022 |
| Non-expert Discovery | January 25, 2022 |
| Telephonic Discovery and Status Conference | February 14, 2022<br>Time: 10:00 a.m.<br>*At the time of conference, the parties shall dial 1 (888) 251-2909 and enter access code 1024453.* |
| Dispositive Motions | March 25, 2022 |
| Expert Disclosures | August 25, 2022 |
| Rebuttal Expert Disclosures | September 23, 2022 |
| Plaintiff's Pretrial Statement | October 25, 2022 |
| Defendants' Pretrial Statement | November 28, 2022 |
| Telephonic Trial Confirmation Hearing | January 11, 2023<br>Time: 8:15 a.m.<br>Courtroom 4 (NONE)<br>*To participate in this hearing, the parties shall follow the instructions contained in the prior scheduling order. (ECF No. 28, p. 6).* |

Additionally, IT IS FURTHER ORDERED that the order appointing Attorney Lori Rifkin (ECF No. 30) as limited purpose counsel for Plaintiff is expanded as follows:

1. The appointment also includes the Rifkin Law Office and any associates that work with Attorney Lori Rifkin; and
2. The appointment also extends for the purpose of Attorney Lori Rifkin (and her firm and any associates working with her) conducting non-expert discovery and representing Plaintiff in the continued settlement conference set for January 25, 2022.

Because Plaintiff will be represented by counsel through the non-expert discovery deadline, IT IS FURTHER ORDERED that the following requirements now apply regarding any potential discovery disputes that arise and any discovery motions that are filed:

*Informal Discovery Conference*

1. In order to file a discovery motion pursuant to Fed. R. Civ. P. 37, a party must receive permission from the Court following an informal telephone conference. A party wishing to schedule such a conference should contact chambers to receive available dates. The Court will schedule the conference as soon as possible, taking into consideration the urgency of the issue. Before contacting the Court, the parties must meet and confer by speaking with each other in person, over the telephone, or via video in an attempt to resolve the dispute.

2. Prior to the conference, both parties shall simultaneously submit letters, outlining their respective positions regarding the dispute. The Court will provide the date the letters are due at the time the conference is scheduled. Such letters shall be no longer than three (3) pages single spaced, and may include up to five (5) pages of exhibits. Letters shall be emailed to Magistrate Judge Grosjean's chambers at epgorders@caed.uscourts.gov, and not filed on the docket.

3. At the time of conference, the parties shall dial 1 (888) 251-2909 and enter access code 1024453. Telephonic conferences will not be on the record and the Court will not issue a formal ruling at that time. Nevertheless, the Court will attempt to provide guidance to the parties to narrow or dispose of the dispute. If no resolution can be reached without formal motion practice, the Court will authorize the filing of a formal discovery motion.

*Discovery Motions*

1. If a motion is brought pursuant to Fed. R. Civ. P. 37, after receiving permission from the Court, the parties must prepare and file a Joint Statement re: Discovery

Disagreement ("Joint Statement") as required by Local Rule 251.2.[1] In scheduling such motions, Magistrate Judge Grosjean may grant applications for an order shortening time pursuant to Local Rule 144(e). Motions to shorten time will only be granted upon a showing of good cause. If a party does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

2. A Joint Statement, not to exceed twenty-five (25) pages, must be filed seven (7) calendar days before the scheduled hearing date. Prior to the filing of the Joint Statement, the parties must meet and confer as set forth in Local Rule 251(b). In addition to filing the Joint Statement electronically, a copy of the Joint Statement in Word format must be sent to Magistrate Judge Grosjean's chambers via email to epgorders@caed.uscourts.gov. Courtesy copies for any pleading in excess of twenty-five pages (25) (including exhibits) shall also be delivered to chambers via US mail, or hand delivery, at the time the Joint Statement is electronically filed. Motions may be removed from the Court's calendar if the Joint Statement is not timely filed, or if courtesy copies are not timely delivered.

All unmodified terms and conditions of the scheduling order (ECF No. 28) remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 2, 2021**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Certain limited exceptions from filing the required Joint Statement are outlined in Local Rule 251(e).

4