UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>            Plaintiff,<br><br>    v.<br><br>ALVARADO, et al.,<br><br>            Defendants. | Case No. 1:20-cv-00131-NONE-EPG (PC)<br><br>ORDER DENYING PROPOSED STIPULATION FOR PROTECTIVE ORDER, WITHOUT PREJUDICE<br><br>(ECF No. 49) |

On October 13, 2021, the parties filed a proposed stipulation for a protective order. (ECF No. 49). The stipulation will be denied, without prejudice, because it does not comply with Local Rule 141 or Local Rule 141.1.

Paragraph seven of the stipulation states that "[a]ny argument, discussion, or examination of any witness privy to the confidential material shall be done *in camera* and any record of such argument, discussion, or examination shall be kept under seal, subject to the Court's order to the contrary."[1] (ECF No. 49, p. 5). This provision appears to contemplate the automatic filing of materials designated confidential by the parties under seal and thus does not comply with the requirements of Local Rule 141, which identifies specific procedures for parties to follow in order to seal documents.

---

[1] Paragraph six also refers to copies of confidential information being filed under seal. Should the parties submit a revised stipulation, they are directed to ensure that all provisions comply with Local Rule 141.

1

Paragraph 2(a) describes what information the parties deem to be confidential and thus subject to the protective order:

> The designation of "CONFIDENTIAL" is intended to encompass documents or materials that Plaintiff, Defendants, CDCR, or any nonparties in good faith believe contain information that would not ordinarily be disclosed to other persons or entities because the information is confidential under state or federal law or protected by privilege. This includes information in the following categories: (i) personnel records and disciplinary records pertaining to any party; (ii) material containing the protected health information of any patient; (iii) information and material related to the operation and security of CDCR prisons, including the Substance Abuse Treatment Facility in Corcoran, California.

(ECF No. 49, p. 2)

The parties have failed to comply with Local Rule 141.1(c). The parties have included a catchall description of confidential information to include information that is "confidential under state or federal law or protected by privilege." Such description is not sufficient "in general terms [] to reveal the nature of the information" under Local Rule 141.1(c)(1). While the parties also provide some general categories of documents that is "sufficient to reveal the nature of the information," the catch-all language does not limit the confidentiality order to these categories.

Accordingly, IT IS ORDERED that the parties' proposed stipulation for a protective order (ECF No. 49) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **October 14, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE