UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARADO, et al.,<br><br>    Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER EXTENDING APPOINTMENT OF COUNSEL; REQUIRING PLAINTIFF TO APPEAR AT FEBRUARY 14, 2022 HEARING<br><br>(ECF Nos. 28, 30). |

On June 3, 2021, the Court extended the appointment of Attorney Lori Rifkin as counsel for Plaintiff through to the non-expert discovery deadline and settlement conference date, both set at January 25, 2022. (ECF No. 46). Given that the appointment period has now expired with the case failing to resolve at the settlement conference, the Court will extend Attorney Rifkin's appointment to the upcoming telephonic discovery and status conference on February 14, 2022, at 10 a.m. Additionally, the Court will order Plaintiff to appear at this conference.

Accordingly, IT IS ORDERED as follows:

1. The appointment of Attorney Lori Rifkin and the Rifkin Law Office (including any associates working with Attorney Lori Rifkin) is extended for the purpose of preparing for and attending the telephonic discovery and status conference on February 14, 2022, at 10 a.m.;

1

2. Plaintiff shall also appear telephonically at this conference;

3. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above and shall dial 1 (888) 251-2909 and enter access code 1024453 at the time of the conference;

4. The Clerk is directed to email and mail a copy of this order and the Court's June 3, 2021 scheduling order (ECF No. 46) to:

    Adriana Munoz Arias - Administrative Assistant II

    amunoz@doc.nv.gov 725-216-6611

    High Desert State Prison

    22010 Cold Creek Road

    Indian Springs, Nevada 89070

IT IS SO ORDERED.

Dated: **January 27, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE