UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE, | No. 1:20-cv-00131-NONE-EPG (PC) |
| Plaintiff, | |
| v. | ORDER MODIFYING CASE SCHEDULE |
| ALVARADO, et al., | (ECF Nos. 28, 46). |
| Defendants. | |

On February 14, 2022, the Court held a telephonic discovery and status conference in this matter, with Attorney Lori Rifkin appearing on behalf of Plaintiff, Plaintiff appearing, and Attorney David Kuchinsky appearing on behalf of Defendants. The Court noted that the appointment of Attorney Lori Rifkin has expired, with Plaintiff proceeding *pro se* going forward. The parties requested an extension of the non-expert discovery deadline to conduct further discovery. The Court agreed that it was prudent to modify the case schedule to extend the time for both sides to conduct supplemental non-expert discovery and concluded that it was appropriate to vacate all other deadlines and dates.

Accordingly, IT IS ORDERED that the scheduling order (ECF Nos. 28, 46) is modified as followed:

///

1

| Event | New Deadline/Date |
|---|---|
| Deadline to serve non-expert discovery | March 11, 2022 |
| Responses/objections to supplemental non-expert discovery | April 22, 2022 |
| Motions to compel (if any) | May 20, 2022 |
| Opposition to motions to compel (if any) | June 10, 2022 |
| Reply in support of motions to compel (if any) | June 24, 2022 |
| All remaining deadlines in scheduling orders (ECF Nos. 28, 46) | Vacated to be reset after adjudication of motions to compel or deadline for filing such motions if none are filed |

Additionally, the Court notes that the appointment Attorney Lori Rifkin has ended. Given that Plaintiff will be proceeding *pro se*, the Court VACATES the requirements imposed regarding discovery motions, specifically, that the parties participate in an informal discovery conference or file a Joint Statement re: Discovery Disagreement as required by Local Rule 251.2. (*See* ECF No. 46, pp. 3-4).

IT IS SO ORDERED.

Dated:   **February 14, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE