UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE, | No. 1:20-cv-00131-JLT-EPG (PC) |
| Plaintiff, | ORDER DIRECTING CLERK TO MAIL PLAINTIFF CERTAIN DOCUMENTS |
| v. | (ECF Nos. 61, 62, 63, 64). |
| ALVARADO, et al., | |
| Defendants. | |

Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on periodic review.

The court notes that, since the expiration of the appointment of limited purpose counsel in February 2022, the Court has not heard from Plaintiff. (ECF No. 62). Moreover, Plaintiff has not responded to certain discovery from Defendants, leading the Court to grant Defendants' motion to compel. (ECF Nos. 63, 64).

Upon review of the docket, the Court notes that its order on the motion to compel may have been mailed with an incorrect prisoner ID number for Plaintiff. Specifically, the order was returned as "[u]ndeliverable, [r]efused" after being sent to High Desert State Prison with the following prisoner ID number: AF-9751. (*See* July 20, 2022 docket entry).

Plaintiff did list this prisoner ID number on the first page of his complaint; however, it

1

appears to be a CDCR number. (ECF No. 1, p. 1). While it is partially obscured, Plaintiff listed another prisoner ID number: "NDOC 1112167." (*Id.*).

In the abundance of caution, and to ensure that Plaintiff's failure to participate in this case has not been caused by an incorrect prisoner ID number being used for Court mailings, IT IS ORDERED as follows:

1. The Clerk of Court shall mail copies of the documents (ECF Nos. 61, 62, 63, 64) following the expiration of the appointment of limited purpose counsel to Plaintiff at High Desert State Prison using prisoner ID number: 1112167.
2. Additionally, the Clerk of Court is directed to update the docket to reflect 1112167 as Plaintiff's current prisoner ID number.
3. The July 28, 2022 deadline identified in the order granting the motion to compel (ECF No. 64, p. 3) for Plaintiff to respond to Defendant Alvarado's First Sets of Interrogatories and Requests for Production of Documents is extended to November 1, 2022.

IT IS SO ORDERED.

Dated: **September 27, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE