UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER REQUIRING STATUS REPORT FROM EACH PARTY |

　　　　Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Court's most recent modification to the scheduling order vacated the deadlines following non-expert discovery to be reset after the adjudication of any motions to compel. (ECF No. 62). Accordingly, no deadlines past non-expert discovery have yet been set for this case.

　　　　Defendants previously filed a motion to compel Plaintiff's discovery responses, which the Court granted after Plaintiff failed to respond, setting a deadline for Plaintiff to provide his responses and permitting Defendants to move for sanctions should he fail to provide them. (ECF No. 64). The Court's order on the motion to compel was returned as undeliverable to Plaintiff. Thereafter, the Court reviewed the docket and noted that Plaintiff's failure to respond may have been due to an incorrect prisoner ID number being used for his mailings. (ECF No. 65). Accordingly, the Court directed the Clerk to resend copies of recent filings to Plaintiff using a different prisoner ID number and extended the deadline for Plaintiff to file his discovery responses to November 1, 2022.

1

Since entering this last order, the Court has not received any further filings in this case, and no mailings have been returned as undeliverable to Plaintiff. To ensure that the Court can, if warranted, set the remaining case deadlines that were previously vacated, the Court will order each party to file a status report.

Accordingly, IT IS ORDERED that, by no later than January 25, 2023, each party shall file a status report addressing whether non-expert discovery is complete, whether the Court should reset the remaining case deadlines, and any other matters that warrant the Court's attention. If warranted, the Court will set the remaining case deadlines based on the information provided in the parties' status reports.

IT IS SO ORDERED.

Dated: **January 4, 2023**            /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE