UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER SETTING HEARING ON MOTION FOR SANCTIONS<br><br>(ECF No. 68) |

　　　　Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Although Plaintiff participated in this case from its inception in January 2020 through a status conference in February 2022, Plaintiff has been silent since then, leading Defendants to request, and the Court to issue, an order compelling Plaintiff to provide discovery responses. (ECF Nos. 63, 64). After the Court's order was returned as undeliverable and refused, the Court directed the Clerk to remail recent filings, noting that Plaintiff's nonresponse may have been due to his not receiving mailings that used an incorrect prisoner ID number. (ECF No. 65).

　　　　From court records, Plaintiff's address is High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070. (ECF No. 9). And mail sent to this address with the updated prisoner ID number has not been returned as undeliverable.

　　　　Given the Court's concern over Plaintiff's recent failure to participate in this case, the Court ordered each party to file a status report by January 25, 2023, addressing whether non-expert discovery was complete, whether the Court should reset the remaining case deadlines, and

1

any other matters that warranted the Court's attention. (ECF No. 66). Plaintiff has failed to file a status report or any other filing.

Defendants timely filed a status report, stating that Plaintiff has failed to provide discovery responses as ordered by the Court. (ECF No. 66, *see* ECF No. 65). Additionally, on January 25, 2023, Defendants moved for sanctions, up to and including dismissal of the case and attorney fees based on Plaintiff's failure to provide discovery responses and failure to comply with the Court's orders. (ECF No. 68).

Given Plaintiff's unexplained lack of participation in this case and the pending motion for sanctions, the Court believes it prudent to set a telephonic hearing with all parties. Accordingly, IT IS ORDERED as follows:

1. A telephonic hearing will be held on Defendants' motion for sanctions on March 1, 2023, at 10:30 a.m.
2. Plaintiff is directed to file a response to the motion for sanctions by no later than February 15, 2023. Defendants' reply, if any, shall be filed by no later than February 28, 2023.
3. Plaintiff's institution of confinement shall make Plaintiff available for the hearing at the date and time indicated above and both parties shall dial 1 (888) 251-2909 and enter access code 1024453 at the time of the hearing.
4. The Clerk of Court is directed to email and mail a copy of this order to:

    Michelle Soto Cabrera - Administrative Assistant II
    msotocabrera@doc.nv.gov
    (725) 216-6611
    High Desert State Prison
    22010 Cold Creek Road
    Indian Springs, Nevada 89070

IT IS SO ORDERED.

Dated: **January 31, 2023**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2