UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARADO, et al.,<br><br>    Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO STATUS REPORT AND MOTION<br><br>(ECF Nos. 71, 72) |

  Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 31, 2023, this Court issued an order, noting that, Plaintiff's recent failure to participate in his case after actively litigating it for so long combined with Defendants' pending motion for sanctions, made it prudent to set a hearing for March 1, 2023. (ECF No. 70).

  The same day, the Court received a status report from Plaintiff dated January 25, 2023, that was filed in response to the Court's January 4, 2023 order requiring the parties to report on the status of discovery and any other matters that warranted the Court's attention. (ECF Nos. 66, 71). In his report, among other issues, Plaintiff recounts various difficulties with his prison's law library and states that he provided discovery responses to Defendants in April 2022 and again in October 2022. He further states that he filed a motion to compel in May 2022 and renewed it in October 2022. The Court notes that it received no motion to compel from Plaintiff.

  Accordingly, the Court will order a response from Defendants in advance of the upcoming hearing. Accordingly, IT IS ORDERED as follows:

1

1. By no later than February 15, 2023, Defendants shall file a response to Plaintiff's status report and motion regarding alleged interference with his litigation. (ECF Nos. 71, 72). Further, the parties shall meet and confer as soon possible regarding obtaining any outstanding discovery requests and responses.
2. The upcoming telephonic hearing remains set for March 1, 2023, at 10:30 a.m. (*See* ECF No. 70).

IT IS SO ORDERED.

Dated:   **February 1, 2023**                   /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE