UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER REQUIRING WARDEN BRIAN WILLIAMS TO PROVIDE ORDER TO PLAINTIFF AND MAKE PLAINTIFF AVAILABLE FOR HEARING ON MOTION FOR SANCTIONS<br><br>(ECF No. 68) |

　　　　Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. Although Plaintiff prosecuted this case in the beginning, he has recently failed to participate in the litigation. This has led Defendants to move for sanctions, up to and including dismissal of the case. (ECF No. 68). On January 31, 2023, the Court issued an order setting a telephonic hearing on the motion for sanctions for March 1, 2023, at 10:30 a.m., and has directed Plaintiff's prison, High Desert State Prison (HDSP), to make him available. (ECF No. 70).

　　　　However, the order setting a hearing has been returned as "Not Deliverable as Addressed, Unable to Forward," despite the Court confirming with the Clerk that the mailing was sent to Plaintiff at the address he provided in his recent status report. (*See* ECF No. 71). Moreover, another order in the case was returned as undeliverable on July 20, 2022, and Plaintiff's recent status report states that he has not received mailings from the Court and has sent mailings that the Court has not received.

　　　　Given these issues with Plaintiff's mail, the Court will order HDSP Warden Brian

1

Williams to ensure that Plaintiff receives the Court's order setting a hearing on the motion for sanctions and to ensure that Plaintiff is made available to attend the hearing. *See Lopez v. Cook*, No. 2:03-CV-1605 KJM DAD, 2014 WL 1488518, at *3 (E.D. Cal. Apr. 15, 2014) (noting that the All Writs Act allows courts to order prison officials to act to protect an inmate's right of access to the courts and ordering the plaintiff's prison to provide two visits with counsel); 28 U.S.C. § 1651(a).

Accordingly, IT IS ORDERED as follows:

1. HDSP Warden Brian Williams shall ensure that Plaintiff receives a copy of this Court's January 31, 2023 order (ECF No. 70) and shall ensure that Plaintiff is made available for the hearing on March 1, 2023, at 10:30 a.m.
2. The Clerk of Court is directed to mail a copy of this order and two copies (one for the Warden and one for Plaintiff) of the Court's January 31, 2023 order (ECF No. 70) to HDSP Warden Brian Williams at the following address:

> Warden Brian Williams
> High Desert State Prison
> 22010 Cold Creek Road
> Indian Springs, Nevada 89070

IT IS SO ORDERED.

Dated: **February 15, 2023**              /s/ Erica P. Grosjean
              UNITED STATES MAGISTRATE JUDGE