UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>    Plaintiff,<br><br> v.<br><br>ALVARADO, et al.,<br><br>    Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER RE: MOTION FOR ORDER REQUIRING HDSP TO TREAT PLAINTIFF LIKE EVERY OTHER INMATE REGARDING HIS MAIL AND LEGAL MATTERS;<br><br>REQUESTING WARDEN BRIAN WILLIAMS TO TAKE REASONABLE STEPS TO ENSURE PLAINTIFF CAN SEND AND RECEIVE MAIL REGARDING THIS CASE<br><br>(ECF No. 72) |

  Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. The Court issues this order to address concerns that Mr. Price is having difficulty sending or receiving mail regarding this case.

  On multiple occasions, the Court has sent court orders to Mr. Price that have been returned as undeliverable. The Court has verified that its orders were correctly addressed to Plaintiff at High Desert State Prison (HDSP) at P.O. Box 650 Indian Springs, NV 89070-0650. Moreover, Plaintiff has alleged in his filings and at a court hearing that he has not received or been able to send mail regarding this case. (*See* ECF Nos. 71, 72, 76). Plaintiff has asked for a Court order to HDSP that he be treated like other inmates regarding sending and receiving mail and legal matters. (ECF No. 72).

1

The Court is concerned that Plaintiff's legal mail is not being processed properly. In order to ensure that Plaintiff is able to participate in this case, the Court will grant his motion as specified below. *See Lopez v. Cook*, No. 2:03-CV-1605 KJM DAD, 2014 WL 1488518, at *3 (E.D. Cal. Apr. 15, 2014) (noting that the All Writs Act allows courts to order prison officials to act to protect an inmate's right of access to the courts and ordering the plaintiff's prison to provide two visits with counsel); 28 U.S.C. § 1651(a).

Accordingly, IT IS ORDERED as follows:

1. HDSP Warden Brian Williams shall take reasonable steps to ensure that Plaintiff receives and can send future mailings regarding this case.[1]
2. The Clerk of Court is directed to mail a copy of this order to HDSP Warden Brian Williams at the following address:

> Warden Brian Williams
> High Desert State Prison
> 22010 Cold Creek Road
> Indian Springs, Nevada 89070

IT IS SO ORDERED.

Dated:   **March 2, 2023**                  /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] If it appears that Plaintiff's legal mail related to this case is not processed properly in the future, the Court may take further action, including requiring a response from the institution regarding steps taken to ensure that Plaintiff is able to access the courts in this matter.

2