1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   EDMUND PAUL PRICE,                    )   Case No.: 1:20-cv-0131 JLT EPG
                                           )
12              Plaintiff,                 )   ORDER ADOPTING FINDINGS AND
                                           )   RECOMMENDATIONS AND DENYING
13        v.                               )   MOTION FOR SANCTIONS
                                           )
14   ALVARADO, et al.,                     )
                                           )   (Doc. 79)
15              Defendants.                )
                                           )
16   _____    )

17          Edmond Paul Price seeks to hold the defendants liable for violations of his civil rights he

18   suffered while he was incarcerated at the Substance Abuse Treatment Facility at Corcoran.  (*See*

19   *generally* Doc. 1.)  Defendants seek the imposition of sanctions pursuant to Rule 37 of the Federal

20   Rules of Civil Procedure, asserting that Price failed to comply with the Court's orders and has not

21   provided Court-ordered discovery responses.  (Doc. 68.)

22          On March 2, 2023, the assigned magistrate judge observed that Price asserted "his mail

23   regarding this case is not being processed properly."  (Doc. 79 at 4.)  For example, the magistrate

24   judge noted: "[Price] contends that he has sent responses to Defendants' discovery responses, has filed

25   a motion to compel with the Court, and has not received several documents regarding this case."  (*Id.*)

26   Upon reviewing the record, the magistrate judge found that "the Court is unable to determine that

27   Plaintiff's failure to provide discovery responses and comply with the Court's orders was willful, in

28   bad faith, or due to circumstances within his control."  (*Id.*)  Therefore, the magistrate judge

                                              1

1    recommended the motion for sanctions be denied.  (*Id.* at 5.)

2         The Findings and Recommendations were served on all parties on March 2, 2023 and it

3    notified the parties that any objections were to be filed within 14 days after service.  (Doc. 79 at 5, 6.)

4    In addition, the parties were informed the "failure to file objections within the specified time may

5    result in the waiver of rights on appeal."  (*Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39

6    (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  No party filed objections,

7    and the time to do so has expired.

8         Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.

9    Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations

10   are supported by the record and by proper analysis.  Accordingly, the Court **ORDERS**:

11        1.    The Findings and Recommendations issued on March 2, 2023 (Doc. 79), are

12              **ADOPTED** in full.

13        2.    Defendants' motion for sanctions (Doc. 68), is **DENIED**.

14        3.    This action is referred to the magistrate judge for further proceedings.

15

16   IT IS SO ORDERED.

17     Dated:   **March 22, 2023**

18                                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28