|   |   |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER DIRECTING CLERK TO RESEND ORDER<br><br>(ECF No. 78) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On March 2, 2023, the Court issued an order to directed to Brian Williams, the Warden at Plaintiff's prison, to address concerns that Plaintiff is having difficulty sending or receiving mail regarding this case. (ECF No. 78). Specifically, the order directed Warden Brian Williams to "take reasonable steps to ensure that Plaintiff receives and can send future mailings regarding this case."

　　On March 24, 2023, the order was returned as "Undeliverable, Unable to forward." The Court does not know the cause behind the return, as the order was mailed to the same address as a prior order, which was not returned as undeliverable. (ECF No. 75). To ensure that Warden Brian Williams receives the order, the Court will direct the Clerk of Court to resend it.

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED as follows:

The Clerk of Court is directed to mail a copy of this order and the Court's March 2, 2023 order (ECF No. 78) to HDSP Warden Brian Williams at the following addresses and to reflect each mailing on the docket:

1. Warden Brian Williams, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070.
2. Warden Brian Williams, High Desert State Prison, P.O. Box 650, 22010 Cold Creek Road, Indian Springs, Nevada 89070-0650.
3. Warden Brian Williams, High Desert State Prison, P.O. Box 650, Indian Springs, Nevada 89070-0650.

IT IS SO ORDERED.

Dated:   **March 27, 2023**                               /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE