UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDMOND PAUL PRICE,

   Plaintiff,

  v.

ALVARADO, et al.,

   Defendants.

No. 1:20-cv-00131-JLT-EPG (PC)

ORDER REQUIRING RESPONSE FROM DEFENDANTS

(ECF No. 84)

  Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se and in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 29, 2023, Plaintiff filed some discovery documents. (ECF Nos. 83, 84). Among them is a witness list, with Plaintiff identifying some witnesses as Does and stating that he does not know the first names of certain prison officials listed as witnesses. (ECF No. 84). Included in this list is a request for a court order directing Defendants to disclose the names of the Does and to provide a first name for certain prison officials. (*Id.* at 5).

  Upon review, IT IS ORDERED that Defendants shall file a response to this request by no later than April 14, 2023.

IT IS SO ORDERED.

 Dated:  __**March 30, 2023**__     /s/ *Erica P. Grosjean*

            UNITED STATES MAGISTRATE JUDGE

1