1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    EDMOND PAUL PRICE,                          Case No. 1:20-cv-00131-JLT-EPG (PC)

11                        Plaintiff,              ORDER REQUIRING REPORT AS TO A
                                                  POTENTIAL SETTLEMENT CONFERENCE
12          v.
                                                  (ECF No. 129).
13    ALVARADO, et al.,

14                        Defendants.

15

16          Plaintiff Edmond Paul Price is a Nevada state prisoner proceeding *pro se* and *in forma*

17    *pauperis* in this civil rights action filed under 42 U.S.C. § 1983. After the District Judge adopted

      the findings and recommendations to grant Defendant Martinez's summary judgment, this case
18
      proceeds on the following claims against: (1) Defendant Alvarado, for excessive force and
19
      deliberate indifference to serious medical needs, each in violation of the Eighth Amendment;
20
      conspiracy to violate the Eighth Amendment; violation of the First Amendment; and violation of
21
      the Fourth Amendment for an unreasonable search; and (2) Defendant Caraveo, for excessive
22
      force and deliberate indifference to serious medical needs, each in violation of the Eighth
23
      Amendment; conspiracy to violate the Eighth Amendment; and violation of the First Amendment.
24
      (ECF No. 129).

25          As to Defendants Alvarado and Caraveo, they have not filed a dispositive motion as to the

26    claims against them, and the deadline to do so has expired. (*See* ECF No. 79). However,

27    discovery remains open until June 20, 2024, for the limited purpose of allowing Defendants to

28    investigate Tammera Weaver's knowledge of this case. (ECF No. 123).

                                                      1

In order to ensure that this case timely progresses following the expiration of discovery,
IT IS ORDERED as follows:

1.  By no later than June 27, 2024, Defendants shall confer with Plaintiff and file a report indicating each party's position on whether a settlement conference would be productive.

2.  If the parties do not wish to participate in a settlement conference, the Court will issue an order scheduling the remainder of this case.

IT IS SO ORDERED.

Dated:   **June 10, 2024**            /s/ _Erica P. Grosjean_

                                    UNITED STATES MAGISTRATE JUDGE

2