UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDMOND PAUL PRICE, | Case No. 1:20-cv-00131-JLT-EPG (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| ALVARADO, *et al.*, | |
| Defendants. | |

Plaintiff Edmond Paul Price is a Nevada prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. The Court concludes that the appointment of counsel for Plaintiff is warranted. Attorney Donald A. Lancaster Jr. has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS ORDERED that:

1. Attorney Donald A. Lancaster Jr. is appointed as Plaintiff's counsel in this case.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on Donald A. Lancaster Jr., The Lancaster Law Group, 1101 Marina Village Pkwy., Suite 201, Alameda, CA 94501 and to add him as counsel for Plaintiff on the docket.

IT IS SO ORDERED.

Dated: **July 24, 2024**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1