UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALVARADO, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00131-JLT-EPG (PC)<br><br>ORDER TO FACILITATE TELEPHONE CALL |

Plaintiff is a state prisoner represented by court appointed counsel Donald A. Lancaster, Jr. Communication between appointed counsel and his client is required to prepare for trial. By this order, the Court directs the Warden and the correctional staff at Northern Nevada Correctional Center (NNCC) to facilitate a confidential telephone call between appointed counsel and inmate Edmond Paul Price (1112167).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at NNCC, shall facilitate a confidential telephone call between Edmond Paul Price and his attorney.
2. The confidential telephone call shall be placed on Friday, February 14, 2025, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by

calling Mr. Lancaster at (310) 345-9613.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Price under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of NNCC, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order on the Warden at NNCC via fax at (775) 887-9267 and by email using LegalATV@doc.nv.gov.

IT IS SO ORDERED.

Dated:  **February 10, 2025**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2