UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>Plaintiff,<br><br>v.<br><br>ALVARADO, et al.,<br><br>Defendants. | Case No. 1:20-cv-00131-JLT-EPG (PC)<br><br>AMENDED ORDER TO FACILITATE TELEPHONE CALL<br><br>(ECF No. 149). |

Plaintiff Edmond Paul Price (1112167) is a state prisoner represented by court appointed counsel Donald A. Lancaster, Jr. On February 10, 2025, the Court issued an order directing the Warden and the correctional staff at Northern Nevada Correctional Center (NNCC) to facilitate a confidential telephone call between appointed counsel and Plaintiff. (ECF No. 149).

Pertinent here, the order provided as follows:

> The confidential telephone call shall be placed on Friday, February 14, 2025, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Lancaster at (310) 345-9613.

(*Id.* at 1-2).

Shortly after the order was issued, the Court received correspondence from NNCC, asking whether Mr. Lancaster could be directed to initiate the call because the phones in the holding cells for these phone calls do not call out.

1

The Court will approve this request, and IT IS ORDERED that the Court's February 10, 2025 order is amended as follows:

1. The Warden, litigation coordinator, and other correctional staff as needed at NNCC, shall facilitate a confidential telephone call between Edmond Paul Price and his attorney.

2. **The confidential telephone call shall be placed on Friday, February 14, 2025, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Plaintiff's counsel shall initiate the phone call by calling (775) 977-5013.**

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Price under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of NNCC, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is directed to serve this order on the Warden via email using LegalATV@doc.nv.gov and to include a notation on the docket reflecting such service.

IT IS SO ORDERED.

Dated:   **February 12, 2025**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE