UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVARADO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00131 JLT EPG (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE EDMOND PAUL PRICE, Nevada Inmate # 1112167** |

**EDMOND PAUL PRICE**, Nevada Inmate # 1112167, a necessary and material party in a jury trial in this case beginning January 6, 2026, is confined at Taft Community Correctional Facility, 330 Commerce Way, Taft, CA 93268, in the custody of the Warden. In order to secure this inmate's attendance at trial, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with his legal property relevant to this case, to appear in person before District Judge Jennifer L. Thurston at the United States District Court, Courtroom #4, 2500 Tulare Street, Fresno, California 93721, on **January 7, 2026, at 8:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, along with his legal property, to participate in a jury trial, at the time and place above, and continuing from day to day until completion of the jury trial or as ordered by the Court.

2. The custodian **SHALL** notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Taft Community Correctional Facility at Fax # 916-464-3780 or via email.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Taft Community Correctional Facility, 330 Commerce Way, Taft, CA 93268:**

**WE COMMAND** you to produce the inmate named above, along with his legal property, to appear before Judge Thurston at the time and place above, and from day to day until completion of the jury trial or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:　**January 6, 2026**

　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE