# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND PAUL PRICE,<br><br>  Plaintiff,<br><br>  v.<br><br>ALVARADO, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-00131 JLT EPG (PC)<br><br>NOTICE THAT INMATE EDMOND PAUL PRICE, NEVADA INMATE # 1112167, IS NO LONGER NEEDED AS A PARTY IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

A jury trial in this matter commenced on January 6, 2026. Inmate Edmond Paul Price, Nevada Inmate # 1112167, has participated and is no longer needed by the Court as a party in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

  Dated:   **January 8, 2026**

UNITED STATES DISTRICT JUDGE